FILED
08 JAN 30 PM 1:03

[signature]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR N. RAMIREZ

    Plaintiff,

vs.

ROBERT HARMON
BOARD OF PRISON HEARINGS

    Defendant.

CASE NO. CV08-00037 MHP

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, ARTHUR N. RAMIREZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _ABLE FLOORING SERVICE (SELF-EMPLOYED_
5  _PARTNER) LAY CARPET AND LINOLEUM FOR_
6  _BUSINESS AND HOMES - SALINAS, CALIFORNIA   MONTEREY COUNTY_
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or            Yes ___  No ✓
10             self employment
11       b.    Income from stocks, bonds,         Yes ___  No ✓
12             or royalties?
13       c.    Rent payments?                     Yes ___  No ✓
14       d.    Pensions, annuities, or            Yes ___  No ✓
15             life insurance payments?
16       e.    Federal or State welfare payments, Yes ___  No ✓
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.    Are you married?                        Yes ✓  No ___
24  Spouse's Full Name: _LORRAINE MEZA RAMIREZ_
25  Spouse's Place of Employment: _UN-EMPLOYED_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_UNKNOWN_        Net $_UNKNOWN_
28  4.    a.    List amount you contribute to your spouse's support:$ _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  N/A (5 CHILDREN ARE NOW ADULTS
6  _____
7  5. Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $____N/A____ Amount of Mortgage: $____N/A____
9  6. Do you own an automobile?   Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $____N/A____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____N/A_____
15 _____
16 Present balance(s): $ _____N/A_____
17 Do you own any cash? Yes ___ No ✓ Amount: $ ____N/A____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____N/A_____
21 8. What are your monthly expenses?
22 Rent: $ ____N/A____ Utilities: ____N/A____
23 Food: $ ____N/A____ Clothing: ____N/A____
24 Charge Accounts: ____N/A____
25 Name of Account         Monthly Payment              Total Owed on This Acct.
26 _____ $ _____ $ ⎫
27 _____ $ _____ $ ⎬ N/A
28 _____ $ _____ $ ⎭

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____N/A_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  1-20-08                            Art N. Ramirez
17    DATE                           SIGNATURE OF APPLICANT

```
 1
 2                                            Case Number: CV08-00037 MHP
 3
 4
 5
 6
 7
 8                         CERTIFICATE OF FUNDS
 9                                   IN
10                          PRISONER'S ACCOUNT
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of ARTHUR N. RAMIREZ for the last six months
                                         [prisoner name]
14   Pelican Bay State Prison  where (s)he is confined.
            [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $_____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____                    _____
                                          [Authorized officer of the institution]
20
21
...
28
```

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Arthur Nestor Ramirez D21233</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>16.67</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>109.05</u>.    (20%= $21.81)

Dated: 1/18/08                                     _____
                                                    Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ____Kleppin____
TRUST OFFICE

```
REPORT ID: TS3030   .701                                    REPORT DATE: 01/18/08
                                                            PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 18, 2008

ACCOUNT NUMBER  : D21233                    BED/CELL NUMBER: DF04U 000000204L
ACCOUNT NAME    : RAMIREZ, ARTHUR NESTOR           ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----   ----  -------------    ----------   ---------   --------    -----------    -------

07/01/2007    BEGINNING BALANCE                                                     157.17

07/03  D300  CASH DEPOSIT     0029SI7/02                  50.00                     207.17
07/03  FC05  DRAW-FAC 5       0035  D-4                                45.00        162.17
07/27  W502  POSTAGE CHARG    0460                                      0.41        161.76
07/27  W502  POSTAGE CHARG    0460                                      0.41        161.35
08/02  FC05  DRAW-FAC 5       0555  D4                                 36.50        124.85
08/15  W502  POSTAGE CHARG    0789                                      2.33        122.52
08/17  W502  POSTAGE CHARG    0834                                      0.41        122.11
08/20  W502  POSTAGE CHARG    0856                                      1.14        120.97
08/28  W502  POSTAGE CHARG    0982                                      0.41        120.56
09/05  FC05  DRAW-FAC 5       1088  D-4                                39.30         81.26
09/26* W502 POSTAGE CHARG    1464                                      0.58         80.68
09/26* W502 POSTAGE CHARG    1464                                      0.41         80.27
09/26* W502 POSTAGE CHARG    1464                                      0.41         79.86
10/01  W502  POSTAGE CHARG    1518                                      1.14         78.72
10/01  W502  POSTAGE CHARG    1518                                      1.31         77.41
10/01  W502  POSTAGE CHARG    1518                                      0.41         77.00
10/02  FC05  DRAW-FAC 5       1560  D-4                                43.95         33.05
10/03  W701  USE TAX          1574  SP11                                0.54         32.51
10/03  W350  SPECIAL PURCH    1574  SP07    283148467                  12.99         19.52
10/04  W502  POSTAGE CHARG    1634                                      0.97         18.55
10/16  D300  CASH DEPOSIT     1765  #74                   50.00                      68.55
10/24  W502  POSTAGE CHARG    1903                                      0.97         67.58
10/24* W502 POSTAGE CHARG    1903                                      0.41         67.17
11/05  W516  LEGAL COPY CH    2027                                      2.10         65.07
11/05  W502  POSTAGE CHARG    2065                                      1.14         63.93
11/05  FC05  DRAW-FAC 5       2045  D-4                                35.70         28.23
11/06  W512  LEGAL POSTAGE    2101                                      1.31         26.92
11/13  W502  POSTAGE CHARG    2196                                      1.48         25.44
11/13  W502  POSTAGE CHARG    2196                                      0.97         24.47
11/27  W502  POSTAGE CHARG    2328                                      0.41         24.06
11/27  W502  POSTAGE CHARG    2328                                      1.14         22.92
11/29  W516  LEGAL COPY CH    2348                                      0.20         22.72
11/29  W502  POSTAGE CHARG    2353                                      1.31         21.41
12/04  FC05  DRAW-FAC 5       2415  D4                                 20.00          1.41
12/05  W516  LEGAL COPY CH    2442                                      0.60          0.81
       ACTIVITY FOR 2008
01/15  W516  LEGAL COPY CH    2995                                      0.81          0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 18, 2008

ACCOUNT NUMBER : D21233                      BED/CELL NUMBER: DF04U 000000204L
ACCOUNT NAME   : RAMIREZ, ARTHUR NESTOR      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION       COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  ---------------   ---------  ---------   --------   -----------   -------

07/01/2007   BEGINNING BALANCE                                                  157.17

07/03  D300  CASH DEPOSIT     0029SI7/02                50.00                   207.17
07/03  FC05  DRAW-FAC 5       0035  D-4                              45.00      162.17
07/27  W502  POSTAGE CHARG    0460                                    0.41      161.76
07/27  W502  POSTAGE CHARG    0460                                    0.41      161.35
08/02  FC05  DRAW-FAC 5       0555  D4                               36.50      124.85
08/15  W502  POSTAGE CHARG    0789                                    2.33      122.52
08/17  W502  POSTAGE CHARG    0834                                    0.41      122.11
08/20  W502  POSTAGE CHARG    0856                                    1.14      120.97
08/28  W502  POSTAGE CHARG    0982                                    0.41      120.56
09/05  FC05  DRAW-FAC 5       1088  D-4                              39.30       81.26
09/26* W502 POSTAGE CHARG     1464                                    0.58       80.68
09/26* W502 POSTAGE CHARG     1464                                    0.41       80.27
09/26* W502 POSTAGE CHARG     1464                                    0.41       79.86
10/01  W502  POSTAGE CHARG    1518                                    1.14       78.72
10/01  W502  POSTAGE CHARG    1518                                    1.31       77.41
10/01  W502  POSTAGE CHARG    1518                                    0.41       77.00
10/02  FC05  DRAW-FAC 5       1560  D-4                              43.95       33.05
10/03  W701  USE TAX          1574  SP11                              0.54       32.51
10/03  W350  SPECIAL PURCH    1574  SP07   283148467                 12.99       19.52
10/04  W502  POSTAGE CHARG    1634                                    0.97       18.55
10/16  D300  CASH DEPOSIT     1765  #74                 50.00                    68.55
10/24  W502  POSTAGE CHARG    1903                                    0.97       67.58
10/24* W502 POSTAGE CHARG     1903                                    0.41       67.17
11/05  W516  LEGAL COPY CH    2027                                    2.10       65.07
11/05  W502  POSTAGE CHARG    2065                                    1.14       63.93
11/05  FC05  DRAW-FAC 5       2045  D-4                              35.70       28.23
11/06  W512  LEGAL POSTAGE    2101                                    1.31       26.92
11/13  W502  POSTAGE CHARG    2196                                    1.48       25.44
11/13  W502  POSTAGE CHARG    2196                                    0.97       24.47
11/27  W502  POSTAGE CHARG    2328                                    0.41       24.06
11/27  W502  POSTAGE CHARG    2328                                    1.14       22.92
11/29  W516  LEGAL COPY CH    2348                                    0.20       22.72
11/29  W502  POSTAGE CHARG    2353                                    1.31       21.41
12/04  FC05  DRAW-FAC 5       2415  D4                               20.00        1.41
12/05  W516  LEGAL COPY CH    2442                                    0.60        0.81
       ACTIVITY FOR 2008
01/15  W516  LEGAL COPY CH    2995                                    0.81        0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  J Kleppin
    TRUST OFFICE

```
REPORT ID: TS3030  .701                                             REPORT DATE: 01/18/08
                                                                    PAGE NO:      2
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 PELICAN BAY STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 18, 2008

ACCT: D21233          ACCT NAME: RAMIREZ, ARTHUR NESTOR              ACCT TYPE: I

                              TRUST ACCOUNT SUMMARY

   BEGINNING        TOTAL          TOTAL          CURRENT         HOLDS        TRANSACTIONS
    BALANCE        DEPOSITS      WITHDRAWALS      BALANCE        BALANCE       TO BE POSTED
  -----------    -----------    -----------    -----------    -----------    -----------
     157.17         100.00         257.17           0.00           0.00           0.00
  -----------    -----------    -----------    -----------    -----------    -----------
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

```
                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE
                                                                  -----------
                                                                       0.00
                                                                  -----------
```

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _ART N. RAMIREZ_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _JANUARY_ day of _25TH_, in the year of 20_08_, I served the following documents: (set forth the exact title of documents served)

_2 COPIES CERTIFIED 6 MONTHS ACCOUNT HISTORY_
_2 COPIES OF 8 PAGES INFORMA PAUPERIS APPLICATION_
_2 PROOF OF SERVICE BY MAIL_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_RICHARD W. WIEKING, Clerk_
_OFFICE OF THE CLERK_
_U.S. DISTRICT COURT_
_NORTHERN DISTRICT OF CALIFORNIA_
_450 GOLDEN GATE AVENUE_
_SAN FRANCISCO, CALIF 94102_

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _25_ day of _JANUARY_ 20_08_

Signed: _Art N. Ramirez_
(Declarant Signature)

Rev. 12/06

**PELICAN BAY STATE PRISON**
5905 Lake Earl Dr
Crescent City CA 95532



$ 01.48⁰
02 1M
0004217666   JAN 28 2008
MAILED FROM ZIP CODE 95531



LEGAL MAIL

RECEIVED
JAN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

NAME: Art N' D
CDC NO: D-21033  HOUSING: C4-227

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE
5905 Lake Earl
Crescent City CA

CLER
NORTHER

U.S
U.S
450
San

CONFIDENTIAL LEGAL MAIL