UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR N. RAMIREZ, | No. C 08-0037 MHP (pr) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| ROBERT HARMON; et al., | |
|     Respondents. | |

This action is dismissed without prejudice to petitioner filing a new habeas action after available state judicial remedies are exhausted.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 9, 2008

Marilyn Hall Patel
United States District Judge